

**COMPTROLLER** *of* **MARYLAND**

*Serving the People*

William Donald Schaefer
*Comptroller*

Charles W. Ehart, DPA
*Director*
*Alcohol and Tobacco Tax Division*

April 29, 2002

*Copy Via Fax # 410-386-2444*

Mr. Romeo Valianti
Chairman
Carroll County Board of License Commissioners
Carroll County Office Building
225 N. Center Street, Room 113
Westminster, MD 21157

Dear Mr. Valianti:

This will serve as a follow up to a recent conversation between Stephen Taylor, Deputy Director of the Alcohol and Tobacco Tax Division, and Nancy David, Office Manager for the Board of License Commissioners in Carroll County.

On Friday, I received an inquiry from Mr. Robert Pinkner of Bond Distributing Company, a malt beverage wholesaler who distributes certain products in your jurisdiction. Mr. Pinkner expressed concern because one of your inspectors, Chuck Kaizer, had reportedly told certain retail licensees in Carroll County that they were prohibited from selling and distributing the malt beverage based product, Skyy Blue, which is distributed by Miller Brewing Company. As indicated, Skyy Blue is a malt beverage based product which contains vodka flavoring.

Apparently, retail licensees that only hold a beer and wine license were told that they were not able to distribute this product. This product is considered a malt beverage based on a determination by the Bureau of Alcohol, Tobacco and Firearms. Moreover, the Comptroller has a regulation that adopts federal standards with regard to labeling and content. Therefore, this product is considered a malt beverage in all respects, including for taxation, class of license needed to sell and distribute, etc. This type of product has commonly been referred to as a "malternative" and has generated a lot of interest with alcoholic beverage administrators throughout the country. It will be a topic at the June meeting of the National Conference of State Liquor Administrators.

The bottom line is that retail licensees who hold a beer license should be authorized to purchase, sell, and distribute this product as they can any other malt beverage products. I would appreciate it if you would take whatever action necessary to make sure that Mr. Kaizer and the rest of your staff are informed of this ruling and that any retailer who was erroneously informed that they cannot sell this product is informed that they can sell and distribute this product. If you have questions, please feel free to contact me.

With kindest regards and best personal wishes, I am

Most sincerely,

Charles W. Ehart, DPA
Director

CWE:ja
cc: Mr. Robert A. Pinkner
bcc: CWE(2), SGT, GEN, RF

80 Calvert Street • P. O. Box 2999 • Annapolis, Maryland 21404-2999 • 410-260-7314 • 1-888-784-0145 (MD) • Fax: 410-974-3201
att@comp.state.md.us • MRS 711 (MD) or 1-800-735-2258 • TDD 410-260-7157